There seems to be some basis for believing that the case is a relic of the Cold War and that petitioners were discriminated against in the administration of this estate because of their Romanian citizenship (cf. *Zschernig* v. *Miller,* 389 U. S. 429), since the pretext for naming the trustee was to ascertain the addresses of the Romanian legatees, already known to their counsel who had appeared for them. In any event, there should be a hearing on the merits, to determine *inter alia,* whether this Ohio probate judge was formulating American foreign policy as was the state judge in *Zschernig* v. *Miller.*

I would grant certiorari.

No. 1305. LAPENIEKS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert D. Hornbaker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 1327. FLOERSHEIM ET AL. *v.* POWERS, DIRECTOR OF THE DEPARTMENT OF PROFESSIONAL AND VOCATIONAL STANDARDS OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Murray M. Chotiner* for petitioners. *Thomas C. Lynch,* Attorney General of California, and *Warren H. Deering,* Deputy Attorney General, for respondent.

No. 1435, Misc. MEEK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.